# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICK ESCO, | No. 2:15-cv-00612-GEB-AC |
| Plaintiff, | |
| v. | ORDER TO SHOW CAUSE |
| TOLLER BAIL BONDS, | |
| Defendant. | |

This matter is before the undersigned pursuant to Local Rule 302(c)(21). Plaintiff filed his initial complaint on March 16, 2015, along with a motion to proceed in forma pauperis. ECF Nos. 1, 2. On April 23, 2015, the court granted plaintiff's motion and dismissed his complaint for failure to comply with Federal Rule 8(a). ECF No. 5. The court gave plaintiff thirty (30) days to file an amended complaint. Id. On May 11, 2015, the court's order was returned as undeliverable. Plaintiff has yet to file an amended complaint.

Accordingly, IT IS HEREBY ORDERED that plaintiff shall show cause in writing within fourteen (14) days of the date of this order why this action should not be dismissed pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute.

DATED: July 12, 2015

_/s/ Allison Claire_
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE